HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KELLER and MARNIE KELLER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC.,<br><br>Defendants. | CASE NO. C14-422 RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This matter comes before the court upon the defendant's motion to dismiss. Dkt. # 38. Plaintiff failed to file an opposition to the motion, which the court takes as an admission that the motion has merit. *See* LCR 7(b)(2). Accordingly, the motion is GRANTED. The clerk is directed to close this case.

Dated this 2nd day of February, 2015.

MINUTE ORDER- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

<u>WILLIAM M. MCCOOL</u>
Clerk

<u>s/Rhonda Stiles</u>
Deputy Clerk